# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

_____
michael@faillacelaw.com

VIA ECF
The Honorable Judge Lewis J. Liman
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

July 21, 2021

**Re: Maldonado Juarez et al v. Butterfield Catering Inc. et al**
**Case No. 20-cv-4537**

Dear Honorable Judge Liman

I am the attorney for Plaintiffs in the above-referenced action. The parties have agreed to a settlement in principle. I write jointly with counsel for the Defendants to respectfully request a fourteen (14) day extension to dispatch the Offer of Judgement, finalize the settlement document, and provide this court with a joint letter of no more than five (5) pages explaining why we believe the settlement reflects a fair and reasonable compromise of disputed issues. It is my intention to conclude the already reached settlement as swiftly as practicable.

The Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Khalil P. Huey*
Khalil P. Huey, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

MEMORANDUM ENDORSED. Extension request GRANTED. The settlement approval hearing previously scheduled for July 28, 2021 is ADJOURNED and shall be held instead on August 11, 2021 at 10:00 a.m., also by telephone conference using the same dial-in information provided at Dkt. No. 73. SO ORDERED.

7/21/2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge