```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MIGUEL ANGEL MALDONADO JUAREZ,                                   :
                                                                 :
                        Plaintiff,                               :
                                                                 :       20-cv-4537 (LJL)
        -v-                                                      :
                                                                 :          ORDER
BUTTERFIELD CATERING INC. et al,                                 :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _09/23/2021_

LEWIS J. LIMAN, United States District Judge:

      The parties jointly filed a revised settlement agreement on September 22, 2021. Dkt. No. 82. The Court approves the changes made regarding attorneys' fees and the scope of the release and therefore approves the settlement under *Cheeks* for the reasons stated on the record. However, the revised settlement agreement is missing the signature of Defendant Evan Obsatz (page 12 of 33 of the PDF), and the Stipulation and (Proposed) Order of Dismissal with Prejudice is not dated by counsel for the parties (page 14 of 33 of the PDF).

      The parties are hereby ORDERED to file a corrected version of the revised settlement agreement by September 27, 2021.

      The parties are also reminded to file on the docket a transcript of the fairness hearing held on August 23, 2021.

      SO ORDERED.

Dated: September 23, 2021　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　　LEWIS J. LIMAN
                                                   United States District Judge