UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIGUEL ANGEL MALDONADO JUAREZ (A.K.A. MIGUEL PEREZ), *individually and on behalf of others similarly situated*,

        Plaintiff,

-against-

BUTTERFIELD CATERING INC. (D/B/A BUTTERFIELD KITCHEN), CHRIS OBSTANZ, EVAN SCOTT OBSTANZ, JORGE FLORES and DIEGO DOE,

        Defendants.
----------------------------------------------------------------X

Case No. 20-CV-4537 (LJL)

**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that, should the Court grant permission, the above-entitled action, and all claims asserted therein, shall be dismissed with prejudice as to Defendants.

**MICHAEL FAILLACE & ASSOCIATES, P.C.**

By: *[signature]*
Michael Faillace, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
Tel: (212) 317-1200

*Attorney for Plaintiff*

Dated: September 27, 2021

**ELLENOFF GROSSMAN & SCHOLE LLP**

By: *[signature]*
Ilan Weiser, Esq.
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Tel: (212) 370-1300

*Attorneys for Defendants*

Dated: September 23, 2021

SO ORDERED THIS 27 DAY OF Sept. 2021

*[signature]*
HON. LEWIS J. LIMAN, U.S.D.J.

{00988640.DOCX.6}